UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

E3 OMI, LLC                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:26-CV-29-TSL-ASH

WCC ENERGY GROUP, LLC                                                                     DEFENDANT

ORDER

Plaintiff E3 OMI, LLC, filed this breach-of-contract lawsuit against WCC Energy Group, LLC, in the County Court of Hinds County, Mississippi, on December 17, 2025. The lawsuit concerns Defendant's purported nonpayment of a January 2023 invoice for services Plaintiff performed in December 2022. Invoking the Court's diversity jurisdiction, Defendant removed the case to this Court on January 15, 2026. Defendant's initial Rule 7.1 disclosure statement was deficient, so on January 26, 2026, the Court ordered Defendant to file a corrected disclosure statement and directed Plaintiff to also file its disclosure statement. *See* Fed. R. Civ. P. 7.1(a)(2) ("In an action in which jurisdiction is based on diversity . . . a party or intervenor must . . . file a disclosure statement [that] must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor."). Defendant's corrected disclosure statement satisfies its obligations under Rule 7.1, but Plaintiff's statement is insufficient.

Specifically, Plaintiff discloses that it "is a Mississippi limited liability corporation[1], all five members of which are Mississippi residents." Statement [6] at 1. It cites its Certificate of Formation [1-2], but that document does not "name" the five members as required by Rule 7.1. Moreover, an LLC's citizenship is determined by the *citizenship* of its members, and

---

[1] The Court assumes Plaintiff meant limited liability company, not limited liability corporation.

"'[c]itizenship and residence . . . are not synonymous terms.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313 (5th Cir. 2019) (quoting *Robertson v. Cease*, 97 U.S. 646, 648 (1878)). The Court orders Plaintiff to file an amended Rule 7.1 disclosure that names its members and identifies their citizenship on or before February 10, 2026.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2026.

                                              s/ *Andrew S. Harris*
                                              UNITED STATES MAGISTRATE JUDGE